Commonwealth *v.* Spitler, Appellant.

Submitted December 8, 1969. *Frederick S. Wolf,* and *Beaver,*

*Wolf & Brandt,* for appellant; *Alvin B. Lewis, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.